NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ILUMINADO DELA CRUZ,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3156

---

Petition for review of the Merit Systems Protection Board in No. SF0842120596-I-1.

---

**ON MOTION**

---

**O R D E R**

The Office of Personnel Management moves for a stay of the deadline to file its response brief and the briefing schedule until the end of the lapse in appropriations to the Department of Justice, and for an extension of time, until October 28, 2013, to file its response brief.

Upon consideration thereof,

CRUZ V. OPM                                                          2

IT IS ORDERED THAT:

The motions are granted to the extent that the Office of Personnel Management's brief is due no later than October 28, 2013.

FOR THE COURT


/s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk

s27